IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Ray Hefferon | * |
| *Plaintiff* | * Civil Action No. |
| v. | * |
| SAILING VESSEL "FAITH", A/K/A "IRON BUTTERFLY", *et al.* | * |
| *Defendants* | * |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Upon consideration of the Motion of Plaintiff, Ray Hefferon, for an Order appointing Turnkey Yacht Services, Inc., owner of Annapolis Harbor Boat Yard, as Substitute Custodian, and good cause having been shown thereby, it is, this 6th day of June, 2014, by the United States District Court for the District of Maryland,

ORDERED, that the United States Marshal for the District of Maryland be, and he hereby is authorized and directed upon his arrest and seizure of the following vessel, together with her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant for Arrest issuing in this case, to surrender the possession thereof to the Substitute Custodian named herein and its agents, and upon surrender of the vessel to the Substitute Custodians to transfer to it the responsibilities for the safekeeping of said vessel, the Sailing Vessel "FAITH", A/K/A "IRON BUTTERFLY", more particularly described below:

    a.    Name on Hull:    "Faith"
    b.    Registered Name:    "Iron Butterfly"

-1-

    c.    Model:    Gulfstar MK II Ketch Sailboat
    d.    Year:    1975
    e.    Length Overall:    44 Feet
    f.    Hull Identification Number:    GFS442080575
    g.    USCG Official Number:    1118990;

And it is FURTHER ORDERED, that Turnkey Yacht Services, Inc. be appointed the Substitute Custodian of the above vessel as described in Plaintiffs' Motion for Order Appointing Substitute Custodian, to retain the same in its custody or possession with leave to move said vessel within the confines of this District without further Order of this Court, but with the approval of counsel for the Plaintiff herein; and it is

FURTHER ORDERED, that as Substitute Custodian, Turnkey Yacht Services, Inc.. is hereby authorized to perform the services set forth and described in the plaintiffs' Motion for Order Appointing Substitute Custodian, and that the Substitute Custodian's charges and fees described in said Motion shall be deemed in custodia legis expenses and shall be considered part of the costs herein.

_____
United States District Judge