IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. MARSHAL
BALTIMORE, MD
2014 JUN -6 PM 3: 35

| | |
|---|---|
| Ray Hefferon | * |
| | * Civil Action No. RDB-14-1812 |
| *Plaintiff* | * |
| | * |
| v. | * |
| | * |
| SAILING VESSEL "FAITH", A/K/A | * |
| "IRON BUTTERFLY", *et al.* | * |
| | * |
| *Defendants* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS a complaint has been filed in the United States District Court for the District of Maryland, on the 6th day of June, 2014 by Ray Hefferon, Plaintiff against The Sailing Vessel "FAITH", A/K/A "IRON BUTTERFLY", her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, *in rem* Defendant, upon an admiralty and maritime claim under Supplemental Admiralty Rule D for Possessory, Petitory, and Partition Actions, and Supplemental Admiralty Rule C;

For the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of said vessel and other property and that all persons interested in the said vessel and other property may be cited in general and special to answer the premises; and all proceedings being had, that the said vessel and other property may for the causes in the same complaint mentioned be condemned and sold to pay the demands of the plaintiff.

You are therefore hereby commanded to attach the following vessel and other property and to detain the same in your custody until the further order of the Court respecting the same and to give due notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint, that they must file their claims with the Clerk of this Court within 10 days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, and that you promptly after execution of this process file the same in this Court with your return thereon. The vessel you are commanded to attach is the Sailing Vessel "FAITH", A/K/A "IRON BUTTERFLY", more particularly described below:

|   |   |   |
|---|---|---|
| a. | Name on Hull: | "Faith" |
| b. | Registered Name: | "Iron Butterfly" |
| c. | Model: | Gulfstar MK II Ketch Sailboat |
| d. | Year: | 1975 |
| e. | Length Overall: | 44 Feet |
| f. | Hull Identification Number: | GFS442080575 |
| g. | USCG Official Number: | 1118990 |

Issued this 6th day of June, 2014.

> Felicia C. Cannon, Clerk of the Court
>
> U.S. District Court
>
> By: _____
> Deputy Clerk

NOTE:   Claimant is required to file claim in the Clerk's Office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiff may enter an Interlocutory or Final Judgment as may be proper. This Warrant is issued pursuant to Rules C and D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.